■ In the Matter of CLIFFORD M. RIGAUD, Petitioner, v CITY OF NEW YORK et al., Respondents. [23 NYS3d 878]—

Determination of respondent Police Commissioner, dated March 21, 2013, which approved the hearing officer's finding that petitioner engaged in misconduct, and imposed a penalty of a one-year dismissal probation period and forfeiture of 30 suspension days and 20 vacation days, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court pursuant to CPLR 7804 [g] by order of Supreme Court, New York County [Donna M. Mills, J.], entered March 3, 2014) dismissed, without costs.

Substantial evidence supports the findings of misconduct by the petitioner (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-182 [1978]). Petitioner's contentions that his conduct and loss of temper were justified responses to allegedly discriminatory conduct by coworkers

and superiors and retaliation for discrimination complaints which he filed, are unavailing. The hearing officer credited the agency's witnesses' testimony, including their testimony that their conduct was not discriminatory or retaliatory.

The Commissioner did not abuse his discretion in imposing the penalty, which is not shockingly disproportionate to the offense (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 445 [1987]; *Matter of Bal v Murphy*, 43 NY2d 762, 763 [1977]).

We have considered petitioner's remaining contentions and find them to be without merit. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.